UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*



FILED ✓ / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
JUN 27 2017
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:00-CR-287-LDG-PAL |
| Plaintiff, ) | |
| vs. ) | |
| PATRICIA SOUTHWORTH-CARTER ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#217), sentencing having been imposed on August 14, 2001. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: JOHNSON BUSINESS MACHINES
Amount of Restitution: $14,000.00

Name of Payee: OFFICE MAX
Amount of Restitution: $109,064.00

Name of Payee: UNKNOWN CREDIT CARD VICTIMS
Amount of Restitution: $56,795.00

**Total Amount of Restitution ordered:** $179,859.00**
**Joint and Several with Mark Stanley and Robert Carter

Dated this  26th  day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE